440 F.2d 791
 UNITED STATES of America, Plaintiff-Appellee,
v.
Reuben Cook HEAD, Jr., Defendant-Appellant.
 No. 30943 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 March 30, 1971.
 
 Appeal from the United States District Court for the Northern District of Alabama; Clarence W. Allgood, District Judge.
 Arthur Parker, Parker, Wilkinson, Montgomery & Gwin, Professional Association, Birmingham, Ala., for defendant-appellant.
 Melton L. Alexander, Asst. U. S. Atty., Birmingham, Ala., Wayman G. Sherrer, U. S. Atty., for plaintiff-appellee.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966